AAS
F. #2020R00969

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

KUANG CHI WAN,
   also known as "James Wan,"

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION
1:23-cr-00321-CBA

Criminal Docket No. ____-_____(____)

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant KUANG CHI WAN's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           August 7, 2023

                                        BREON PEACE
                                        United States Attorney
                                        Eastern District of New York
                                        Attorney for Plaintiff
                                        271 Cadman Plaza East
                                        Brooklyn, New York 11201

                           By:    _____
                                        Alexander A. Solomon
                                        Assistant United States Attorney
                                        (718) 254-6074

Cc:    Clerk of the Court
        William Newman, Esq.