

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH:AAS
F. #2020R00969

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 21, 2023

<u>By ECF</u>

Hon. Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. John Doe
     <u>Crim. No. 23-CR-321 (CBA)</u>

Dear Judge Amon:

  The government respectfully submits this letter regarding the plea hearing in the above-referenced matter, currently scheduled for September 6, 2023 at 9 a.m. Based on the express authorization from the Deputy Attorney General, the government will be seeking to conduct the hearing in a closed courtroom. <u>See</u> 28 C.F.R. § 50.9(d)(1).

          Respectfully submitted,

          BREON PEACE
          United States Attorney

      By: <u>/s/ Alexander A. Solomon</u>
         Alexander A. Solomon
         Assistant U.S. Attorney
         (718) 254-6215

cc: Defense Counsel (by email)
   Clerk of Court (by email)