

# OBERHEIDEN P.C.
### ATTORNEYS-AT-LAW

**FIRM ATTORNEYS**

**DR. NICK OBERHEIDEN**
*Managing Partner* - Wash. D.C., New York
**LYNETTE S. BYRD**
*Partner* - Texas
**PASCUAL C. MEYER**
*Partner* - Texas
**WILLIAM H. NEWMAN**
*Partner* - New York
**ELIZABETH K. STEPP**
*Partner* - New York, Texas
**ELLEN COMLEY**
*Senior Counsel* - Texas
**HON. BRIAN KUESTER**
*Senior Counsel* - Oklahoma
**PAUL STRICKLAND**
*Counsel* - California
**ALINA VENEZIANO**
*Counsel* - New York

**LOCAL COUNSEL**

**CAMERON J. BLAZER**
S. Carolina
**HON. JOE BROWN**
Texas
**ERICK CRUZ**
Florida
**KAMILLE DEAN**
Ariz., Utah, Cal., Minn., Col.
**JOANNE FINE DELENA**
Mass., Florida
**STEVEN DILLON**
Mass.
**TERRY C. FRANK**
Virginia, North Carolina
**JEFFREY HOWELL**
Florida
**SAMER B. KORKOR**
Washington D.C.
**DON A. LYKKEBAK**
Florida
**HON. AMANDA MARSHALL**
Oregon
**JOSEPH NASCIMENTO**
Florida
**PETER T. PHILLIPS**
S. Carolina
**KAREN PICKETT**
Mass.
**DAVID RABEN**
Florida
**MICHAEL A. RATAJ**
Michigan
**WILFRED S. RATTIGAN**
New York, Conn.
**JOSEPH J. REINKE**
Oklahoma
**JOHN W. SELLERS**
Maryland
**ANDRE SHRAMENKO**
New Jersey
**RICHARD T. SIMMONS**
Louisiana
**DANIEL A. SMITH**
Florida
**COREY STEINBERG**
Florida
**BILL TUNKEY**
Florida
**AARON L. WILEY**
Texas

440 LOUISIANA ST, SUITE 200
HOUSTON, TX 77002
WWW.FEDERAL-LAWYER.COM

April 3, 2024

<u>**Via ECF**</u>

The Hon. Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      *Re:  U.S. v. John Doe*, 23-cr-321 (CBA)

Dear Judge Amon:

This firm represents the Defendant in this action.

I write with an urgent request.  The Defendant respectfully requests that the Court amend the conditions of his pretrial release, as follows: that he be permitted to travel to the Northern District of California for one week to be with his mother who is in grave health following a serious fall.

The government has informed me that it has no objection to this application.


Respectfully Submitted,

William H. Newman
OBERHEIDEN P.C., Counsel for the Defendant.