

# OBERHEIDEN P.C.
ATTORNEYS-AT-LAW

**ATTORNEYS**

**DR. NICK OBERHEIDEN**
Washington D.C., New York

**LYNETTE S. BYRD**
Texas

**ELIZABETH K. STEPP**
New York, Texas

**P. COVARRUBIAS MEYER**
Texas

**HON. BRIAN KUESTER**
Oklahoma

**JOHN W. SELLERS**
Maryland

**LINDA JULIN MCNAMARA**
Florida

**WILLIAM H. NEWMAN**
New York, Georgia, Virginia, Penn.

**JENNIFER W. CORINIS**
Florida, Massachusetts

**ELLEN COMLEY**
Texas

**ALINA VENEZIANO**
New York, Nevada, Arizona, Utah

**PAUL STRICKLAND**
California

**SHREY SHARMA**
New York

**OF COUNSEL**

**HON. MIKE R. POMPEO**
Washington D.C.

**HON. TREY GOWDY**
South Carolina

**CONSULTANT**

**HON. KEVIN MCCARTHY**

**LOCAL COUNSEL**

**HON. S.A. MARSHALL**
Oregon

**JIM GRIFFIN**
South Carolina

**COREY STEINBERG**
Florida

**RICHARD T. SIMMONS**
Louisiana

**DAVID RABEN**
Florida

**ERICK CRUZ**
Florida

**KAREN PICKETT**
Massachusetts

**MICHAEL A. RATAJ**
Michigan

**BILL TUNKEY**
Florida

**KAMILLE DEAN**
Ariz., Utah, Cal., Minn., Col.

**JOSEPH NASCIMENTO**
Florida

**TERRY C. FRANK**
Virginia, North Carolina

*440 LOUISIANA STREET, STE 200*
*HOUSTON, TX 77002*

March 24, 2025

**Via ECF**

The Hon. Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: U.S. v. John Doe, 23-cr-321 (CBA)**

Dear Judge Amon:

This firm represents the Defendant in this action.

I write with an urgent request. The Defendant respectfully requests that the Court amend the conditions of his pretrial release as follows: that he be permitted to travel to the Northern District of California as soon as possible for one week to be with his mother who has suffered a serious deterioration in her health.

This Court granted a similar request in April of last year.

The government has informed me that it has no objection to this application.

Respectfully Submitted,

William H. Newman