AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )  Case No. 23-CR-321 (CBA)
Kuang Chi Wan, )
)
_____  )
*Defendant*

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: __9/6/23__

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

WILL NEUMAN
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*